UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MARY SUSAN PINE and              :
MARILYN BLACKBURN,               :
                                 :
         Plaintiffs,             :
                                 :
                                 :
v.                               :     CIVIL ACTION No. 9:13-CV-80577
                                 :
CITY OF WEST PALM BEACH, FLORIDA,:
LIEUTENANT AMY SINNOTT,          :
OFFICER RICHARD PLEASANT, and    :
OFFICER CHRISTOPHER P. BRETT,    :
in their official capacities,    :
                                 :
         Defendants.             :
_____

**MOTION FOR STEPHEN M. CRAMPTON
TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 11.1(d)(3) of the United States District Court for the Southern District of Florida, Stephen M. Crampton hereby moves for leave to withdraw as counsel for Plaintiffs due to his departure from Liberty Counsel. All additional counsel of record for Plaintiffs shall remain unchanged, as will their mailing address, set forth below. By copy of this motion, counsel is serving both opposing counsel and his clients in order to provide notice as required by Rule 11.1.

WHEREFORE, movant respectfully requests that he be granted leave to withdraw as counsel for Plaintiffs, and for such further relief to which he may be entitled.

Respectfully submitted,

/s/Horatio G. Mihet

Horatio G. Mihet
  Florida Bar No. 26581
Mathew D. Staver
  Florida Bar No. 701092
Anita L. Staver
  Florida Bar No. 611131
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
800-671-1776 Telephone
407-875-0770 Facsimile
court@lc.org

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on May 22, 2014. Service will be effectuated upon all counsel of record via the Court's electronic notification system.

I FURTHER CERTIFY that I have served a copy of the foregoing on Plaintiffs, Mary Susan Pine and Marilyn Blackburn, via email and U.S. Mail.

/s/ Horatio G. Mihet
Horatio G. Mihet

Attorney for Plaintiffs

2