UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MARY SUSAN PINE, et al.,

    Plaintiffs                           CIVIL ACTION No.
v.                                               9:13-cv-80577

CITY OF WEST PALM BEACH, FLORIDA,

    Defendant.
_____/

## JOINT STATUS REPORT

Pursuant to the Court's Order (document #84), the parties jointly provide this report on the status of Plaintiffs' Appeal. The Eleventh Circuit has rendered its Opinion on August 6, 2014 affirming the District Court's decision. Plaintiff/Appellants intend to request a panel or en banc rehearing, and will file an appropriate motion on or before the August 27, 2014 deadline. Issuance of a mandate is not expected until sometime thereafter.

Respectfully submitted,
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0771
800-671-1776 Telephone
 407-875-0770 Facsimile
court@lc.org

/s/ Horatio G. Mihet
Mathew D. Staver
   Florida Bar No. 701092
Anita L. Staver
   Florida Bar No. 611131
Horatio G. Mihet
   Florida Bar No. 26581

CITY OF WEST PALM BEACH
P.O. Box 3366
West Palm Beach, FL 33402
(561) 822-1350 Telephone
(561) 822-1371 Facsimile
rothenburgk@wpb.org

By: /s/ Christopher Van Hall
    Christopher Van Hall
    Staff Attorney
    Fla. Bar No. 0102889

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was filed electronically with the Court on August 20, 2014. Service will be effectuated upon all parties and counsel of record via the Court's electronic notification system.

*Pine v. City of West Palm Beach*  Page 2 of 2
Case No. 9:13-cv-80577-DMM
Joint Report

> By: /s/ Christopher Van Hall
> Christopher Van Hall
> Staff Attorney
> Fla. Bar No. 0102889